**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1623**

CURTIS GLENN MOORER, a/k/a Curtis G. Moorer,

Plaintiff - Appellant,

v.

MR. LUTHI, New Carolina Mortgage; CHRISTOPHER S. EDWARDS,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  R. Bryan Harwell, Chief District Judge.  (6:15-cv-01921-RBH)

Submitted:  December 4, 2019                    Decided:  January 22, 2020

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Curtis Glenn Moorer, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Glenn Moorer seeks to appeal the district court's order denying his Fed. R. Civ. P. 60(b) motion. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on August 3, 2016. The notice of appeal was filed on June 7, 2019. Because Moorer failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*